UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.   19-CR-410 (CRC) |
| | : | |
| v. | : | |
| | : | |
| **NORMAN MURPHY** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S WITNESS LIST

During the trial of the above-captioned matter the United States of America expects that the jury may hear names or testimony from or about the following witnesses.

**Law Enforcement - MPD Officers**:
1. Elizabeth Couick
2. Brandon Dean
3. John Singleton
4. Jeremy Kniseley


**D.C. Department of Forensic Science**
1. Takarah Barnes -   Forensic Scientist (Crime Scene Sciences Unit)
2. Catryna Palmer -   Forensic Evidence Analyst (Latent Fingerprint Unit)
3. Julie Ferragut   -   Forensic Scientist (Forensic Biology Unit)
4. Joy Narowski   -   Forensic Scientist (Crime Scene Sciences Unit)