Government ☐
Plaintiff ☐
Defendant ☐
Joint Court ☐

# UNITED STATES
# v.
# NORMAN MURPHY

Criminal No.: 19-CR-410 (CRC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 1 | Firearm (Sig Sauer P220) | | | | |
| 2 | Magazine (Recovered from Government Exhibit 1) | | | | |
| 3 | Ammunition (Winchester 45 Auto Cartridges) | | | | |
| 4 | Overview Photograph of Playground | | | | |
| 5 | Photo from Inside Playground Showing Playground Bench and Ofc. Dean Standing Next to Firearm on Ground | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6 | Photo of the Firearm (Exhibit 1) Lying on the Ground | | | | |
| 7 | Close-up Photo of Firearm (Exhibit 1) on the Ground | | | | |
| 8 | Photo of Firearm (Exhibit 1) with the Magazine (Exhibit 2) Removed | | | | |
| 9 | Photo of Firearm (Exhibit 1) Serial Number | | | | |
| 10 | Officer Brandon Dean BWC | | | | |
| 10A | Officer Dean BWC Clip- 21:47:48 to 21:48:58 | | | | |
| 11 | Officer Jeremy Kniseley BWC | | | | |
| 11A | Officer Kniseley BWC Clip 21:47:47 to 21:48:58 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12A | Screenshots from Officer Kniseley BWC (Exhibit 11): Timestamp 21:48:10 | | | | |
| 12B | Screenshots from Officer Kniseley BWC (Exhibit 11): Timestamp 21:48:11 | | | | |
| 12C | Screenshots from Officer Kniseley BWC (Exhibit 11): Timestamp 21:48:12 | | | | |
| 12D | Screenshots from Officer Kniseley BWC (Exhibit 11): Timestamp 21:48:17 | | | | |
| 13 | Officer Elizabeth Couick BWC | | | | |
| 13A | Officer Couick BWC Clip 21:47:35 to 21:48:43 | | | | |
| 13B | Officer Couick BWC Clip 21:55:47 to 21:57:01 | | | | |
| 14A | Screenshots from Officer Couick BWC (Exhibit 13): Timestamp 21:47:57 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 14B | Screenshots from Officer Couick BWC (Exhibit 13): Timestamp 21:47:58 | | | | |
| 14C | Screenshots from Officer Couick BWC (Exhibit 13): Timestamp 21:48:02 | | | | |
| 15 | Officer John Singleton BWC | | | | |
| 15A | Officer Singleton BWC Clip 21:47:41 to 21:49:32 | | | | |
| 16A | Screenshots from Officer Singleton BWC (Exhibit 15): Timestamp 21:48:03 | | | | |
| 16B | Screenshots from Officer Singleton BWC (Exhibit 15): Timestamp 21:48:04 | | | | |
| 17 | Photo of Firearm (Exhibit 1) During DFS Processing | | | | |
| 18 | Close-up Photo of Firearm (Exhibit 1) Slide During DFS Processing | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 19 | Close-up Photo of Firearm (Exhibit 1) Trigger During DFS Processing | | | | |
| 20 | Close-up Photo of Firearm (Exhibit 1) Make and Model During DFS Processing | | | | |
| 21 | Second Close Up Photo of Firearm (Exhibit) Make and Model During DFS Processing | | | | |
| 22 | Photo of Magazine (Exhibit 2) During DFS Processing (with Make and Model) | | | | |
| 23 | Photo of Magazine (Exhibit 2) During DFS Processing (with Made in Italy) | | | | |
| 24 | DFS Forensics Report – Report of Crime Scene Examination | | | | |
| 25 | DFS Forensics Report- Latent Fingerprint Unit – Evidence Processing | | | | |
| 26 | DFS Forensics Report- Forensic Biology Unit | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D.* | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 27 | Grand Jury Testimony of Officer Elizabeth Couick | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |

*Indicates for identification purposes only